UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
At Nashville

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:11-00012 |
| PLAINTIFF | SENIOR JUDGE WISEMAN |
| V. | |
| CHRIS YOUNG, | |
| DEFENDANT | |

## DEFENDANT CHRIS YOUNG'S MOTION FOR LEAVE TO JOIN AND ADOPT CERTAIN PRETRIAL PLEADINGS

Comes Now, the Defendant, Chris Young, by and through his appointed counsel, Hallie H. McFadden, and respectfully moves this Honorable Court for leave to join and adopt certain pending pretrial pleadings filed by his co-defendants. Specifically Mr. Young requests that he be allowed to join and adopt the following:

1. Motion to Suppress Evidence Obtained Pursuant to Unlawful Wiretap (TT1) (Docket Entry 744).

2. Motion to Suppress Evidence Obtained Pursuant to Unlawful Wiretap (TT2) (Docket Entry 745).

3. Memorandum of Law in Support Motion to Suppress Evidence Obtained Pursuant to Unlawful Wiretaps: TT1, TT2, TT3, TT4, TT5, TT6, TT7, TT8, TT9, TT10, TT11 (Docket Entry 748); and

4. All ancillary motions and exhibits filed in support of those pleadings including Docket Entries, 746, 747, 749, 750-752, 758-760 and any subsequent filings.

In support hereof, Mr. Young states as follows:

As to the issues raised and the relief requested in the above-listed pleadings, Mr. Young is similarly situated to the co-defendants named in the respective pleadings.

**WHEREFORE** Mr. Young respectfully requests this Honorable Court grant this Motion and allow him to join and adopt the pretrial pleadings set forth above.

>Respectfully submitted,
>
>LAW OFFICES OF
>HALLIE H. McFADDEN, P.C.
>
>By: s/Hallie H. McFadden
>Hallie H. McFadden, BPR #17185
>Attorneys for Defendant
>P.O. Box 546
>Signal Mountain, TN 37402
>TEL: (423) 362-1818

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 4, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

/s/ Hallie H. McFadden