8cWa Ybh ++' ]g F5BH98"

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# At Nashville

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| PLAINTIFF | 3:11-00012 |
| | SENIOR JUDGE WISEMAN |
| V. | |
| **CHRIS YOUNG,** | |
| DEFENDANT | |

## DEFENDANT CHRIS YOUNG'S MOTION FOR
## LEAVE TO JOIN AND ADOPT CERTAIN PRETRIAL PLEADINGS

Comes Now, the Defendant, Chris Young, by and through his appointed counsel, Hallie H. McFadden, and respectfully moves this Honorable Court for leave to join and adopt certain pending pretrial pleadings filed by his co-defendants. Specifically Mr. Young requests that he be allowed to join and adopt the following:

1. Motion to Suppress Evidence Obtained Pursuant to Unlawful Wiretap (TT1) (Docket Entry 744).

2. Motion to Suppress Evidence Obtained Pursuant to Unlawful Wiretap (TT2) (Docket Entry 745).

3. Memorandum of Law in Support Motion to Suppress Evidence Obtained Pursuant to Unlawful Wiretaps: TT1, TT2, TT3, TT4, TT5, TT6, TT7, TT8, TT9, TT10, TT11 (Docket Entry 748); and