**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**At Nashville**

| UNITED STATES OF AMERICA, | | |
|---|---|---|
| | **PLAINTIFF** | **3:11-00012** |
| | | **SENIOR JUDGE WISEMAN** |
| **V.** | | |
| **CHRIS YOUNG,** | | |
| | **DEFENDANT** | |

**DEFENDANT CHRIS YOUNG'S MOTION TO**
**SEVER DEFENDANTS AND**
**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**

Comes now, the Defendant, Chris Young, by and through his appointed counsel, Hallie H. McFadden, pursuant to Rule 14 of the Federal Rules of Criminal Procedure, and hereby respectfully moves this Honorable Court for an Order granting severance from the other defendants in this matter for purposes of trial.

Federal Rule of Criminal Procedure 8(b) provides:

Two or more defendants may be charged in the same indictment or information if they are alleged to have participated in the same act or transaction or in the same series of acts or transaction constituting an offense or offenses. Such defendants may be charged in one or more counts together or separately and all of the defendants need not be charged in each count.

Under Rule 8(b), joinder of multiple defendants is proper only if all of the offenses charged in the indictment arose out of the same series of transactions. United States v. Satterfield, 548 F.2d 1341, 1344 (9th Cir. 1977). In determining whether this standard is