**Defendant Young's Motion to Renew is GRANTED. Defendant Young's Motion to Sever from the other Defendants, Document #1161, is DENIED.**

*[signature: Thomas A. Wiseman Jr.]*

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### At Nashville

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| PLAINTIFF | 3:11-00012 |
| | SENIOR JUDGE WISEMAN |
| V. | |
| CHRIS YOUNG, | |
| DEFENDANT | |

### DEFENDANT CHRIS YOUNG'S MOTION TO RENEW MOTION TO SEVER

Comes now, the Defendant, Chris Young, by and through his appointed counsel, Hallie H. McFadden, pursuant to this Court's Order (Docket Entry 1062) and Rules 8, 12(b)(3) and 14 of the Federal Rules of Criminal Procedure, and hereby respectfully renews his previously filed Motion to Sever and Memorandum of Law (Docket Entry 775). As further support for severance, Mr. Young hereby incorporates the assertions made in his Motion to Continue Trial Date (Docket Entry 1160) as if set forth herein.

**WHEREFORE** Mr. Young respectfully prays this Honorable Court grant this Motion.

Respectfully submitted,

LAW OFFICES OF
HALLIE H. McFADDEN, P.C.

By: s/Hallie H. McFadden
Hallie H. McFadden, BPR #17185
Attorneys for Defendant
P.O. Box 546
Signal Mountain, TN 37402
TEL: (423) 362-1818

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on August 27, 2012, a copy of the foregoing was filed electronically, or if not registered, sent via served by regular U.S. Mail, postage prepaid to:

Sunny M. Koshy
Assistant United States Attorney
110 Ninth Avenue South
Suite A961
Nashville, TN 37203-3870

        /s/ Hallie H. McFadden