UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | No. 3:11-00012-27 |
| v. ) | Judge Sharp |
| ) | |
| **CHRIS YOUNG** ) | |
| ) | |

**O R D E R**

Pending before the Court is the Defendant's Motion to Set Hearing for Change of Plea as to Count 13 of the Superseding Indictment (Docket No. 1653).

The motion is GRANTED and a hearing on a plea of guilty is hereby scheduled for Wednesday, July 24, 2013, at 2:30 p.m.

IT IS SO ORDERED.

_Kevin H. Sharp_
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE