UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:11-00012-27 |
| v. ) | Judge Sharp |
| ) | |
| CHRIS YOUNG ) | |
| ) | |

**O R D E R**

Due to a calendar conflict the sentencing set for August 1, 2014, is hereby rescheduled for Thursday, August 28, 2014, at 10:30 a.m.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE